**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TRUONG MINH TUAN,

                  Petitioner,

    v.

WARDEN, OTAY MESA DETENTION,

                 Respondent.

Case No.:  26cv0786 DMS BJW

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondent filed a Return to the Petition in which he concedes "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (Return at 2.)  Accordingly, Respondent is directed to arrange an individualized bond hearing for Petitioner before an immigration judge within seven (7) days of this Order.  On or before **April 1, 2026**, Respondent shall file a Status Report confirming Petitioner has been provided with a bond hearing and the result of that hearing.  In that Report, Respondent shall also provide his position on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

    **IT IS SO ORDERED**.

Dated:  March 18, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0786 DMS BJW

26cv0786 DMS BJW